# EXHIBIT A

| **SUMMONS - CIVIL** <br> JD-CV-1  Rev. 2-20 <br> C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259; <br> P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.** | **STATE OF CONNECTICUT** <br> **SUPERIOR COURT** <br> *www.jud.ct.gov*  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* <br> 95 Washington Street, Hartford, CT  06106 | Telephone number of clerk <br> ( 860 ) 548 – 2700 | Return Date *(Must be a Tuesday)* <br> 08/02/2022 |
|---|---|---|
| ☒ Judicial District    G.A. <br> ☐ Housing Session   ☐ Number: ___ | At *(City/Town)* <br> Hartford | Case type code *(See list on page 2)* <br> Major: **T**    Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* <br> Hersh & Crockett, 21 Oak Street, Suite 603, Hartford, CT  06106 | Juris number *(if attorney or law firm)* <br> 404465 |
|---|---|
| Telephone number <br> ( 860 ) 527 – 5253 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  ST. PIERRE, MICHELE <br> Address: 86 Buff Cap Road, Apt C4, Tolland, CT  06084 | P-01 |
| **Additional plaintiff** | Name: <br> Address: | P-02 |
| **First defendant** | Name:  LIVE NATION WORLDWIDE, INC. D/B/A XFINITY THEATRE, 9348 Civic Center Drive, Beverly Hills, CA <br> Address: Agent for Service:  Corporate Creations Network, INc., 6 Landmark Square, 4th Floor, Stamford, CT  06901 | D-01 |
| **Additional defendant** | Name: <br> Address: | D-02 |
| **Additional defendant** | Name: <br> Address: | D-03 |
| **Additional defendant** | Name: <br> Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date <br> 06/29/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court <br> ☐ Clerk | Name of person signing <br> Cynthia I. Crockett |
|---|---|---|---|

| If this summons is signed by a Clerk: <br> a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. <br> c. The court staff is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | For Court Use Only <br> File Date |
|---|---|

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*
   - (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   - (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   - (c) *Applications for change of name*
   - (d) *Probate appeals*
   - (e) *Administrative appeals*
   - (f) *Proceedings pertaining to arbitration*
   - (g) *Summary Process (Eviction) actions*
   - (h) *Entry and Detainer proceedings*
   - (i) *Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: AUGUST 2, 2022 | : | SUPERIOR COURT |
| MICHELE ST. PIERRE | : | J. D. OF TOLLAND |
| VS. | : | AT ROCKVILLE |
| LIVE NATION WORLDWIDE, INC. D/B/A XFINITY THEATRE | : | JUNE 29, 2022 |

## COMPLAINT

### COUNT ONE

1. At all times mentioned herein, the Defendant, Live Nation Worldwide, Inc. d/b/a Xfinity Theatre, is a California corporation duly authorized to do business in the State of Connecticut.

2. At all times mentioned herein, the Defendant, Live Nation Worldwide Inc., was doing business as "Xfinity Theatre", at 61 Savitt Way in Hartford, Connecticut, and was in possession and control of said premises.

3. On or about October 2, 2021, and for some time prior thereto, the Defendant, Live Nation Worldwide Inc. d/b/a Xfinity Theatre, owned, operated, maintained, possessed, managed, conducted, supervised and controlled an outdoor/indoor amphitheater known as "Xfinity Theatre", located at 61 Savitt Way in Hartford, Connecticut, which was open to the general public.

4. On or about October 2, 2021, and for some time prior thereto, said Defendant Live Nation Worldwide and/or their servants, agents and/or employees invited members of the general public to attend a concert at said "Xfinity Theatre".

5. On or about October 2, 2021, the Plaintiff, Michele St. Pierre, was lawfully upon said premises.

6. On or about October 2, 2021, at approximately 8:00 p.m., the Plaintiff was injured as the result of a fight breaking out, resulting in severe personal injuries and losses hereinafter set forth.

7. As a result of this occurrence, the Plaintiff, Michele St. Pierre, sustained an injury to her back, left side, legs, wrists, hips, buttocks, neck, and shoulders, as well as a shock to her entire central nervous system.

8. As a further result of this occurrence, the Plaintiff has incurred and will continue to incur in the future, considerable expenses for hospital and surgical care, x-rays, medicines, physiotherapy and other care and treatment, all to Plaintiff's loss and damage.

9. From all of the aforementioned injuries and the effects thereof, the Plaintiff has suffered and will suffer great pain and mental anguish, some of which injuries or the effects thereof are or are medically probable to be permanent.

10. As a further result of this occurrence, the Plaintiff, who was gainfully employed, was caused to lose considerable time from Plaintiff's employment and Plaintiff's ability to engage in Plaintiff's employment was impaired, all to the Plaintiff's further loss and damage.

11. As a further result of this occurrence, the Plaintiff's ability to enjoy life and carry on her usual activities, hobbies, and recreations has been impaired and may continue to be impaired for her lifetime.

**COUNT TWO**

1-6. Paragraphs 1 through 6 of Count One are hereby incorporated by reference and made Paragraphs 1 through 6 of Count Two as if fully set forth herein.

7. Said incident and the resultant injuries and damages to the Plaintiff were caused by the negligence and carelessness of the Defendant, Live Nation Worldwide Inc., their agent(s), servant(s) and/or employee(s) in one or more of the following ways:

    a.    IN THAT they failed to properly observe, monitor and/or control the actions of patrons upon said premises, particularly said unruly patrons referred to above;

    b.    IN THAT they failed to have adequate personnel to properly patrol, observe and/or monitor the actions of patrons upon said premises, particularly said unruly patrons referred to above;

    c.    IN THAT they failed to take reasonable steps to provide a safe and secure environment upon said premises for their patrons;

    d.    IN THAT they allowed said premises to become extremely disorderly, including the place of the Plaintiff's injury;

    e.    IN THAT they failed to have present at said premises personnel capable of providing a proper and reasonable level of protection for patrons of said premises, including the Plaintiff;

    f.    IN THAT they failed to adequately educate, train and instruct and/or provide adequate education, instruction and training for their personnel with respect to the control, security and/or safety method(s) for the protection of patrons upon their premises;

    g.    IN THAT they hired as crowd control, security and/or safety personnel individuals whom they knew or should have known were unable to properly observe, monitor and/or control unruly patrons such as the patrons referred to above;

    h.    IN THAT they failed to have present an adequate number of security, bouncers and/or other personnel at various and/or remote stations upon said premises to avoid and/or defuse fights, brawls or other violent altercations;

    i.    IN THAT although they knew or should have known that said patrons were loud, boisterous, argumentative and/or prone to violent proclivities, they failed to restrain, control and/or remove them from their premises or to call the police, or otherwise prevent the brawl which led to the Plaintiff's injury;

    j.    IN THAT they permitted unruly individual(s) or a crowd of patrons to remain and gather on the premises which they knew, or reasonably should have known, exceeded their capacity to adequately supervise and control;

    k. IN THAT the Defendant failed to develop and implement reasonably sound and adequate security guidelines for personnel employed for the purpose of security, crowd control, supervision and expulsion of patrons;

    l. IN THAT the Defendant failed to have security personnel placed at location(s) where they could respond reasonably quickly to disturbances;

    m. IN THAT the Defendant permitted their patrons to fight when they knew or should have known that such activities posed an unreasonable risk of harm to those individuals lawfully on the premises, including the Plaintiff;

    n. IN THAT the Defendant failed to protect or warn the Plaintiff against such hazardous and dangerous physical activities allowed on the premises, including but not limited to fighting;

    o. IN THAT the Defendant failed to properly train and supervise its security, bouncers and/or other personnel when dealing with fights, brawls or other violent altercations;

    p. IN THAT the Defendant allowed, permitted or took no steps to prevent the inappropriate action and/or behavior of its security, bouncers and/or other personnel when dealing with fights, brawls, or other violent altercations; and

8-12. Paragraphs 7 through 11 of Count One are hereby incorporated by reference and made Paragraphs 8 though 12 of Count Two as if fully set forth herein.

## COUNT THREE

1-6. Paragraphs 1 through 6 of Count One are hereby incorporated by reference and made Paragraphs 1 though 6 of Count Three as if fully set forth herein.

7. At all times relevant to this action, the Defendant, Live Nation Worldwide Inc., had a duty to use reasonable care in the training and supervision of their employees and agents.

8. The Defendant, Live Nation Worldwide Inc., breached this duty in one, or more than one, of the following ways:

    a. IN THAT they failed to have appropriate policies and procedures in place to respond to patrons they deemed disruptive or unruly;

      b.    IN THAT they failed to adequately train their employees on how to respond to patrons who were considered disruptive or unruly;

      c.    IN THAT they failed to have adequate personnel to properly patrol, observe and/or monitor the actions of patrons upon said premises;

      d.    IN THAT they failed to take reasonable steps to provide a safe and secure environment upon said premises for their patrons;

      e.    IN THAT they failed to properly supervise the agents, servants, and/or employees of Xfinity Theatre in the course of their job performance; and/or

9-13.    Paragraphs 7 through 11 of Count One are hereby incorporated by reference and made Paragraphs 9 through 13 of Count Three as if fully set forth herein.

WHEREFORE, the Plaintiff claims money damages.

THE PLAINTIFF, MICHELE ST. PIERRE

BY_____
    CYNTHIA I. CROCKETT
    Her Attorney

| | | |
|---|---|---|
| RETURN DATE:  AUGUST 2, 2022 | : | SUPERIOR COURT |
| MICHELE ST. PIERRE | : | J. D. OF TOLLAND |
| VS. | : | AT ROCKVILLE |
| LIVE NATION WORLDWIDE, INC. D/B/A XFINITY THEATRE | : | JUNE 29, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand, is more than $15,000.00 exclusive of interest and costs.

THE PLAINTIFF, MICHELE ST. PIERRE

BY_____
CYNTHIA I. CROCKETT
Her Attorney

# Connecticut State Marshal
## Thomas A. Lyons
P.O. Box 9285
Bridgeport, CT 06601
Phone/ Cell (203)-572-5010, Fax (203)-870-1403

STATE OF CONNECTICUT

COUNTY OF Fairfield     SS:     Stamford     July 7, 2022

Summons-Civil, Complaint/Amount in Demand

**Case**:     Michele St Pierre

Vs

Live Nation Worldwide Inc D/B/A Xfinity Theatre

**Attorney**:     Cynthia I Crockett 21 Oak St Suite 603 Hartford CT

Then and there by virtue hereof, of the original Summons-Civil, Complaint and by direction of Attorney Cynthia I Crockett I made due service of the within by leaving true and attested copies of the original Summons-Civil, Complaint/Amount in Demand with the following person(s) at the address(es) indicated:

**Served**: Live Nation Worldwide Inc D/B/A Xfinity Theatre served via agent for service Corporate Creations Network Inc, service accepted by authorized receptionist inhand at 6 Landmark Square 4TH Floor Stamford CT on July 7, 2022

The within and foregoing is the original, Summons-Civil, Complaint With my doings hereon endorsed

| | |
|---|---|
| Pages Attested: 9.00 | Attest: *[signature]* |
| Travel: 33.75 | |
| Service: 40.00 | |
| Endorsement: 2.00 | Thomas A. Lyons |
| Total $ 84.75 | State Marshal, Fairfield County |